**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VIRGINIA K. CULBREATH,

    Plaintiff,

v.                                          Case No: 8:12-cv-866-T-30MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## **ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Consent Petition for Attorney Fees (Dkt. #24). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Consent Petition for Attorney Fees (Dkt. #24) is GRANTED.

2. The Court grants Plaintiff's request for $5,747.47 in attorney fees under the EAJA and $385.00 for costs.

3. The Clerk of Court is directed to enter judgment in the amount of $6,132.47 in Plaintiff's favor and against Defendant.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of November, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-866 consent 24.docx